E-FILED
Monday, 29 September, 2025  11:46:26 AM
Clerk, U.S. District Court, ILCD

**FILED**

SEP 2 9 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

Dr. Alonzo Carlos DeCarlo, Ph.D., MSW, Plaintiff

v.

Lincoln Land Community College, Defendant

Case No. 25-cv-3295 _____ (to be assigned)

COMPLAINT
(Jury Trial Demanded)

**JURISDICTION AND VENUE**

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. and is brought to redress discrimination on the basis of race and retaliation.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1343. Venue is proper in this district under 28 U.S.C. §1391 because the events giving rise to these claims occurred in Springfield, Illinois, within the Central District of Illinois.

**PARTIES**

3. Plaintiff, Dr. Alonzo Carlos DeCarlo, Ph.D., MSW, is a resident of Springfield, Illinois. He was employed by Lincoln Land Community College as an Assistant Professor of Psychology beginning in or around August 2020.

4. Defendant, Lincoln Land Community College (LLCC), is a public community college located at 5250 Shepherd Rd, Springfield, IL 62703, and an employer within the meaning of Title VII.

**ADMINISTRATIVE EXHAUSTION**

5. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 440-2024-02431, alleging race discrimination and retaliation.

6. On June 30, 2025, the EEOC issued a Dismissal and Notice of Rights letter, authorizing Plaintiff to file this action within 90 days. Plaintiff brings this lawsuit within that time frame.

FACTUAL ALLEGATIONS

7. Throughout his probationary period, Plaintiff repeatedly requested clear documentation of evaluation standards, including examples of what constituted 'meeting expectations' or

'recognized strengths.' These requests were ignored, leaving Plaintiff without transparency or guidance, unlike his peers.

8. Plaintiff taught seven semesters of online courses but received only two written evaluations, a deviation from established practice. This selective application of evaluations denied Plaintiff the opportunity to demonstrate his teaching effectiveness fairly.

9. Plaintiff was reprimanded for alleged student complaints but was never provided documentation specifying the nature of the complaints, the courses involved, or corrective actions expected. This lack of due process deviated from fair evaluation procedures and was punitive in nature.

10. On October 16, 2023, Plaintiff raised concerns directly to administrators, stating he was concerned that he was being targeted because he is a Black man and that his advocacy was perceived as threatening. Weeks later, he was denied tenure without the promised follow-up meeting.

11. Plaintiff was held to markedly higher scrutiny and subjected to expectations not applied to his similarly situated non-Black peers. When he raised concerns in good faith, he faced retaliation that further undermined his tenure review process.

12. In May 2024, Plaintiff was given an untenable choice: accept denial of tenure and termination, or resign. Recognizing the devastating impact a termination would have on his career, Plaintiff resigned. This resignation was coerced under discriminatory and retaliatory conditions and constitutes constructive discharge.

13. Defendant's conduct caused Plaintiff significant harm to his career trajectory, reputation, emotional well-being, and future employment prospects.

CLAIMS FOR RELIEF

**COUNT I – RACE DISCRIMINATION (Title VII)**

14. Defendant subjected Plaintiff to unequal terms and conditions of employment on the basis of his race, including holding him to higher standards, selectively applying evaluation practices, and denying him tenure under discriminatory circumstances.

15. Defendant's actions constitute unlawful employment discrimination in violation of Title VII.

**COUNT II – RETALIATION (Title VII)**

16. Plaintiff engaged in protected activity when he raised concerns about race discrimination in his treatment and tenure process.

17. Defendant retaliated against Plaintiff by denying tenure, coercing his resignation, and undermining his professional standing.

18. Defendant's actions constitute unlawful retaliation in violation of Title VII.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

a. Compensatory damages, including back pay, front pay, and damages for emotional distress;

b. Punitive damages as allowed by law;

c. Equitable relief, including but not limited to neutral employment references and correction of employment records;

d. Attorneys' fees and costs of this action;

e. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Dr. Alonzo Carlos DeCarlo, Ph.D., MSW
2905 Cindy Ln
Springfield, IL 62711
Phone: 312-890-9001
Email: [Your Email Here]